IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No. 1:14-CV-01896-RPM

DMITRY KATSEL and HELENA KATSEL,

    Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,
an Illinois company,

    Defendant.

_____

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF
DEADLINES PURSUANT TO THE SCHEDULING ORDER**
_____

This matter having come before the Court on Plaintiff's Unopposed Motion for Extension of Deadlines Pursuant to the Scheduling Order IT IS HEREBY ORDERED that:

The motion is GRANTED. The current deadlines in the Scheduling Order will be extended by two months and the new deadlines are as follows:

    a.    Discovery Cut-Off: June 6, 2015

    b.    Dispositive Motion Deadline: July 6, 2015

    c.    Expert witness Disclosures:

        i.    The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before April 6, 2015.

        ii.    The parties shall designate all contradicting experts and provide

        opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before May 6, 2015.

    iii.    Any rebuttal opinions will be exchanged on or before May 20, 2015.

Ordered this 9th day of February, 2015.

        BY THE COURT:

        s/Richard P. Matsch

        _____

        Richard P. Matsch, Senior District Judge