IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No. 1:14-cv-01896-RPM

DMITRY KATSEL and
HELENA KATSEL,

      Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,
an Illinois company,

      Defendant.
_____

ORDER GRANTING MOTION TO WITHDRAW MOTION TO COMPEL
_____

      Upon consideration of Defendant's Notice of Withdrawal of its Motion to Compel Deposition Dates and for Sanctions [Doc. 25], it is

      ORDERED that the motion is granted.  Defendant's motion to compel and for sanctions is now moot.

      DATED: April 23rd, 2015.

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge