IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No. 1:14-cv-01896-RPM

DMITRY KATSEL and
HELENA KATSEL,

    Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,
an Illinois company,

    Defendant.

_____

## ORDER FOR STATUS REPORT
_____

On July 27, 2015, Plaintiff's filed a Notice of Settlement [Doc. 36]. Nothing further has been filed and it is now

ORDERED that Plaintiffs shall file a status report on or before December 14, 2015.

DATED: December 7th, 2015.

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge