IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No. 1:14-cv-01896-RPM

DMITRY KATSEL and
HELENA KATSEL,

    Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,
an Illinois company,

    Defendant.
_____

## ORDER OF DISMISSAL
_____

    Pursuant to the Joint Stipulation for Dismissal with Prejudice [Doc. 38], it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

    DATED:   December 14th, 2015.

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge